**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WINSTON & STRAWN LLP, <br>    1700 K Street, N.W. <br>    Washington, D.C. 20036 <br><br>            Plaintiff, <br><br>  v. <br><br> CRUMENS LTD., c/o <br> JOHNSON & McLEAN, LLC <br><br> Serve: Paul V. Degenhart <br>       2131 Park Street <br>       Columbia, SC 29201 <br><br> and <br><br> JAMES P. McLEAN, JR. <br> 64 Bamboo Loop, Villa 162 <br> Georgetown, SC 29440 <br><br>            Defendants. | Case No. _____ |

**COMPLAINT**

Plaintiff, Winston & Strawn LLP, by counsel, Carr Maloney P.C., sues Defendants, Crumens Ltd. and James P. McLean, Jr., and for causes of action, states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1.      Winston & Strawn LLP ("W&S" or "Plaintiff") is a limited liability partnership that is formed under the laws of the State of Illinois. Winston maintains an office in the District of Columbia. This case arises as a result of legal services rendered to Edward S. Warneck ("Warneck"), to be paid by Crumens Ltd., by attorneys in W&S's Washington, D.C. office.

2.      Upon information and belief, Crumens Ltd. c/o Johnson & McLean, LLC ("Crumens") is a not a registered corporate entity, and Johnson & McLean LLC is a limited

1

liability corporation formed under the laws of the State of South Carolina. Upon information and belief, John P. McLean, Jr., ("McLean") is the Chief Executive Officer of Johnson & McLean, LLC and resides at 64 Bamboo Loop, Villa 162, Georgetown, South Carolina 29440.

3. Jurisdiction over the subject matter of this claim is proper pursuant to 28 U.S.C. § 1332(a)(1) because Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000.

4. Venue is proper in the District of Columbia pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in the District of Columbia.

5. The Court may properly maintain personal jurisdiction over Defendants because Defendants' contacts with the District of Columbia and this judicial district are sufficient for the exercise of jurisdiction over Defendants to comply with traditional notions of fair play and substantial justice, satisfying the standard set forth by the United States Supreme Court in *International Shoe Co. v. Washington*, 326 U.S. 310 (1945) and its progeny.

## COUNT I: BREACH OF CONTRACT
(as to Defendant Crumens, Ltd.)

6. In or about April 2012, John P. McLean, Jr., on behalf of Crumens Ltd. c/o Johnson & McLean LLC, executed a retainer agreement with W&S to provide legal services to Edward S. Warneck on certain legal matters.

7. Pursuant to the terms of the retainer agreement, Crumens agreed to pay W&S at an hourly rate for legal services and for all costs and expenses incurred on Warneck's behalf. Crumens also agreed to pay Warneck's bills for legal services, costs, and expenses within thirty (30) days of receipt of the invoice.

8. W&S performed legal services on behalf of Warneck and rendered billing statements to Crumens Ltd. c/o Johnson & McLean, LLC on a regular basis. These services continued until at least February 22, 2013. To date, Crumens has not paid any of its legal bills. Due to Crumen's nonpayment of its bills, W&S ceased doing legal work for Warneck beginning in late February 2013.

9. To date, Crumens has failed to pay W&S in full for the legal services rendered by W&S and costs and expenses W&S incurred on Warneck's behalf. Crumens owes W&S $494,760.40 in outstanding legal fees and expenses.

10. By virtue of Crumen's failure to pay W&S the $494,760.40 owed in outstanding legal fees, costs, and expenses pursuant to the terms of the parties' retainer agreement, Crumens has breached the terms of its agreement with W&S.

11. W&S has incurred a loss of $494,760.40 as a result of Crumen's breach of agreement, and refusal to pay the outstanding balance due and owing to W&S.

WHEREFORE, Plaintiff Winston & Strawn LLP demands judgment against Defendant Crumens Ltd. in the amount of $494,760.40, plus interest and costs, and any other such relief as this Court deems appropriate.

### COUNT II:  BREACH OF CONTRACT
(as to Defendant James P. McLean, Jr.)

12. Paragraphs 1-11 are incorporated by reference herein.

13. John P. McLean, Jr. individually asked W&S to represent his friend, Edward S. Warneck, on certain legal matters. He personally advised W&S attorneys that he wanted to finance Warneck's legal defense as a favor to his friend.

14. On or about April 2012, McLean executed a retainer agreement with W&S to provide legal services to Edward S. Warneck on certain legal matters.

15. Pursuant to the terms of the retainer agreement, McLean agreed to pay W&S at an hourly rate for legal services and for all costs and expenses incurred on Warneck's behalf. McLean also agreed to pay Warneck's bills for legal services, costs, and expenses within thirty (30) days of receipt of the invoice.

16. W&S performed legal services on behalf of Warneck and rendered billing statements directly to McLean on a regular basis.

17. Over the course of several months, McLean continuously promised W&S that he would make payment to W&S from various sources and by various means on approximately thirty (30) occasions. To date, McLean has not paid any of his legal bills.

18. McLean acknowledges that he owes W&S $494,760.40 in outstanding legal fees and expenses. By virtue of his failure to pay W&S the $494,760.40 owed in outstanding legal fees, costs, and expenses pursuant to the terms of the parties' retainer agreement, McLean has breached the terms of his agreement with W&S.

19. W&S has incurred a loss of $494,760.40 as a result of McLean's breach of agreement, and refusal to pay the outstanding balance due and owing to W&S.

WHEREFORE, Plaintiff Winston & Strawn LLP demands judgment against Defendant James P. McLean, Jr. in the amount of $494,760.40, plus interest and costs, and any other such relief as this Court deems appropriate.

WINSTON & STRAWN LLP
By Counsel

CARR MALONEY P.C.

By: _____
Paul J. Maloney, #362533
2000 L Street, NW
Suite 450
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202 310-5555 (Facsimile)
pjm@carrmaloney.com